UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  PROCEEDINGS UNDER CHAPTER 13
**Ameth De Jesus Vega**  CASE NO.: 17-17810-RAM

　　　　　　　　　　　　　　　　**Debtor(s). /**

**MOTION TO REINSTATE CHAPTER 13 CASE**

**COMES NOW**, the Debtor, Ameth De Jesus Vega, by and through the undersigned counsel and files this Motion to Reinstate Chapter 13 Case and states as follows:

1. That the Debtor filed for Chapter 13 bankruptcy relief on June 22, 2017.

2. That the instant case was dismissed on January 18, 2019 [Docket Entry #104] for failure to remain current in plan payments.

3. That simultaneously with the filing of this motion, a Motion to Modify Confirmed Chapter 13 Plan is being filed. Moreover, the proposed Fifth Modified Plan makes the debtor current as of February, 2019.

**WHEREFORE**, Debtor, **Ameth De Jesus Vega**, respectfully requests to this court that this Motion to Reinstate Chapter 13 Case be GRANTED.

　　　I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　**Law Offices of Patrick L Cordero, Esq.**
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　7333 Coral Way
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33155
　　　　　　　　　　　　　　　　　　　　Tel: (305) 445-4855

　　　　　　　　　　　　　　　　　　　　　/s/ (FILED ECF)
　　　　　　　　　　　　　　　　　　　　PATRICK L. CORDERO, ESQ.
　　　　　　　　　　　　　　　　　　　　FL Bar No. 801992