UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 11th Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ameth De Jesus Vega    JOINT DEBTOR: _____    CASE NO.: 17-17810-RAM

SS#: xxx-xx- 2565    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,112.38    for months  1  to  35 ;
2. $900.00      for months  36 to  36 ;
3. $1,006.06    for months  37 to  84 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5750.00 | Total Paid: | $900.00 | Balance Due: | $4850.00 |
|---|---|---|---|---|---|
| Payable | $123.57 | /month (Months  1  to  35 ) | | | |
| Payable | $525.00 | /month (Months  36 to  36 ) | | | |
| Payable | $0.00 | /month (Months  37 to  84 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 (base fee) + $2,000.00 (MTMx4) + $250.00 (costs) = $5,750.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Edgewater Park Homeowners Association, Inc. [#6-1]

   Arrearage/ Payoff on Petition Date    $18,548.88

   Arrears Payment (Cure)    $168.24    /month (Months  1  to  35 )

| | | | | |
|---|---|---|---|---|
| Address: 3113 Stirling Road Suite 201 Fort Lauderdale, FL 33312 | Arrears Payment (Cure) | $42.22 | /month (Months 36 to 36 ) | |
| | Arrears Payment (Cure) | $262.90 | /month (Months 37 to 84 ) | |
| | Regular Payment (Maintain) | $66.00 | /month (Months 1 to 35 ) | |
| Last 4 Digits of Account No.:    2565 | Regular Payment (Maintain) | $90.00 | /month (Months 36 to 84 ) | |

Other: Regular Pymts based on $80.00/monthly x 60 = $4,800.00

■ Real Property                                            Check one below for Real Property:
   ■ Principal Residence                                     ☐ Escrow is included in the regular payments
   ☐ Other Real Property                                     ■ The debtor(s) will pay  ■ taxes  ■ insurance directly

Address of Collateral:
13412 SW 115 Court, Miami, FL 33176

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: American Investments Services, LLP  [#1-2]

| | | | |
|---|---|---|---|
| Address: 1497 NW 7 Street Miami, FL 33125 | Arrearage/ Payoff on Petition Date | $24,428.28 at 13% interest = $33,349.20 | |
| | Payoff (Including 13% monthly interest) | $386.86 | /month (Months 1 to 35 ) |
| | Payoff (Including 13% monthly interest) | $42.21 | /month (Months 36 to 36 ) |
| Last 4 Digits of Account No.:    2565 | Payoff (Including 13% monthly interest) | $411.82 | /month (Months 37 to 84 ) |

Other:

■ Real Property                                            Check one below for Real Property:
   ☐ Principal Residence                                     ☐ Escrow is included in the regular payments
   ☐ Other Real Property                                     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
13412 SW 115 Court, Miami, FL 33176

☐ Personal Property/Vehicle
Description of Collateral:

---

3. Creditor: Wells Fargo Bank, N.A. (#2-1)

| | | | |
|---|---|---|---|
| Address: Attn: Payment Processing MAC#X2302-04C 1 Home Campus Des Mines, IA 50328 | Arrearage/ Payoff on Petition Date | $8,628.48 + $8,335.36=$16,963.84 | |
| | Regular Payment (Maintain) | $244.57 | /month (Months 1 to 35 ) |
| | Regular Payment (Maintain) | $68.36 | /month (Months 36 to 36 ) |
| Last 4 Digits of Account No.:    4494 | Regular Payment (Maintain) | $0.00 | /month (Months 37 to 84 ) |
| | Escrow Payment | $43.95 | /month (Months 1 to 35 ) |
| | Escrow Payment | $42.21 | /month (Months 36 to 36 ) |
| | Escrow Payment | $140.73 | /month (Months 37 to 84 ) |

Other: Principal Balance of $8,142.71 (Per POC) @5.6525x24 months=$8,628.48 & Escrow Shortage of $8,335.36

Debtor(s): Ameth De Jesus Vega                    Case number: 17-17810-RAM

- ■ **Real Property**
  - ☐ Principal Residence
  - ☐ Other Real Property

  Check one below for Real Property:
  - ☐ Escrow is included in the regular payments
  - ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

  Address of Collateral:
  13412 SW 115 Court, Miami, FL 33176

- ☐ Personal Property/Vehicle

  Description of Collateral:

    B. **VALUATION OF COLLATERAL:** ■ NONE

    C. **LIEN AVOIDANCE** ■ NONE

    D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ■ NONE

    E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ☐ NONE

        ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Harley Davidson | 4578 | 2015 HARLEY-DAVIDSON XG750 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

    B. **INTERNAL REVENUE SERVICE:** ■ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay  $23.65  /month (Months  1  to  35  )

        Pay  $0.00  /month (Months  36  to  84  )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Ameth De Jesus Vega     Case number: 17-17810-RAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Ameth De Jesus Vega | Debtor | September 22, 2020 | Joint Debtor | |
|---|---|---|---|---|
| Ameth De Jesus Vega | | Date | | Date |

| /s/ Patrick L Cordero, Esq. | September 22, 2020 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**